UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED for extension to 8/19/13.**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:13-00099 |
| | ) JUDGE TRAUGER |
| CADDIUS BURNELL MOORE | ) |

## MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Caddius Moore moves to extend the time for filing pretrial motions until August 19, 2013. This matter currently is set for trial on August 27, 2013.

In support of this motion, defense counsel would show the following: By local rule, Mr. Moore's pretrial motions are due today. Defense counsel has received but not yet reviewed discovery with Mr. Moore, who is incarcerated pending trial. Mr. Moore faces the possibility of a lengthy prison term if convicted in this matter. Counsel needs to carefully review the discovery and discuss it with Mr. Moore before determining appropriate pretrial motions. For this reason, counsel moves to extend the time for filing pretrial motions.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT (BPR#017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Caryll_Alpert@fd.org

Attorney for Caddius Burnell Moore