UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00099 |
| | ) | JUDGE TRAUGER |
| CADDIUS BURNELL MOORE | ) | |

## MOTION FOR PERMISSION TO UTILIZE IPOD FOR DISCOVERY REVIEW

Through counsel, defendant Caddius Burnell Moore moves the Court for authorization to utilize an iPod or similar device to review the digital discovery data provided in his case. Mr. Moore is incarcerated in the Robertson County Jail pending trial.

In support of this motion, defense counsel would show the following: The discovery in this matter includes more than 300 recorded phone calls. The Robertson County Jail does not have computer access for federal inmates, but will allow the inmate to retain an ipod or similar digital device only for review of discovery, if authorized by the Court. As a practical matter, it would take weeks for a federal defender employee to review each of the recorded phone calls with Mr. Moore. For this reason, counsel requests authorization to provide Mr. Moore with an ipod or similar digital device, that meets the regulations of the Robertson County Jail, for the sole purpose of reviewing discovery.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT (BPR#017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: Caryll_Alpert@fd.org

Attorney for Caddius Burnell Moore