**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

Motion GRANTED.

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 3:13-00099** |
| | ) | **JUDGE TRAUGER** |
| | ) | |
| **CADDIUS BURNELL MOORE** | ) | |


### MOTION TO CONTINUE TRIAL AND
### EXTEND THE TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Caddius Burnell Moore moves to continue his trial, currently set on October 29, 2013. Based on the indicted charges, Mr. Moore (age 22) faces the possibility of more than 35 years in prison if convicted in this matter.

In support of this motion, defense counsel would show the following: Defense counsel has reviewed the discovery and met with Mr. Moore several times to discuss his case. Based on these reviews and discussions, counsel has identified several avenues of research and investigation which need to be completed so that Mr. Moore can make a knowing and intelligent decision as to how he should proceed.

Additionally, counsel has provided an iPod to the Robertson County Jail for Mr. Moore to review more than 300 phone calls provided in discovery, but the iPod has not yet been provided to Mr. Moore so he can begin his review of this discovery. Defense counsel has also requested re-disclosure of some of the discovery which is either in a corrupted format or not otherwise compatible with FPD computers, and has requested clarification of additional discovery.

Until counsel and Mr. Moore can review full discovery, Mr. Moore is not in a position to determine how he should proceed and certainly is not in a position to go to trial.

Counsel has discussed the possibility of a continuance with Mr. Moore, who concurs in the request and has reviewed and signed a speedy trial waiver.