# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Motion GRANTED.

*[signature]*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 3:13-00099 |
| | ) | JUDGE TRAUGER |
| | ) | |
| **CADDIUS BURNELL MOORE** | ) | |

## MOTION TO CONTINUE TRIAL

Through counsel, defendant Caddius Burnell Moore moves to continue his trial, currently set on February 4, 2014.

In support of this motion, defense counsel would show the following: Based on the indicted charges, Mr. Moore (age 22) faces the possibility of more than 35 years in prison if convicted in this matter. Defense counsel has reviewed the discovery and met with Mr. Moore several times to discuss his case. Defense counsel had provided Mr. Moore, who is incarcerated, with electronic equipment to review the numerous phone calls provided in discovery. Counsel recently learned that Mr. Moore only was able to review a small portion of those calls before the electronic equipment was removed. Counsel now needs to assess how to provide Mr. Moore with the content of the additional electronic discovery in the most efficient way.

Additionally, counsel is working to determine whether this matter can be resolved by an agreed disposition, but requires additional information to make this determination.

Counsel has discussed the possibility of a continuance with Mr. Moore, who concurs in the request and has reviewed and signed a speedy trial waiver.

For the reasons stated above, Mr. Moore moves to continue his trial by at least 60-90 days.